```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEATHER FREIREICH, individually and on behalf of all other persons similarly situatuted,

      Plaintiff(s),

-against-

INTERPUBLIC GROUP OF COMPANIES, INC., UNIVERSAL MCCANN WORLDWIDE, INC. IPG MEDIABRANDS, MCCANN WORLDGROUP, LLC, ABC COMPANIES 1-10 and JOHN DOES 1-10

      Defendant(s).

No. 14CV8426-LTS-JLC

ORDER OF DISMISSAL

   The attorneys for the parties have advised the Court that this action has been or will be settled. Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs to either party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order. If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.

   The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered. Any request for Court approval of an individual or collective action settlement as fair and reasonable must be submitted to the Court promptly, with documentation sufficient to support the requested determination.

   SO ORDERED.

   Dated: New York, New York
      January 13, 2015

                  _____
                  LAURA TAYLOR SWAIN
                  United States District Judge